IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BETZAIDA ABDUL-LATIF a/k/a BETZAIDA COLON,** : | |
| : | |
| **Plaintiff,** : | CIVIL ACTION |
| : | |
| v. : | No. 12-948 |
| : | |
| **COUNTY OF LANCASTER, et. al.** : | |
| : | |
| **Defendants.** : | |

### ORDER

**AND NOW**, this 2nd day of January, 2014, upon consideration of defendants' motion for summary judgment (doc. no. 40), plaintiff's response thereto (doc. no. 43), and each party's reply briefs (docs. no. 54 and 55), **IT IS HEREBY ORDERED:**

1.) Defendant's motion for summary judgment (Doc. No. 40) is **GRANTED** as to counts four and eleven; defendant's motion for summary judgment (Doc. No. 40) is otherwise **DENIED**; and

2.) The case is referred to the Honorable Henry S. Perkin for the purpose of conducting a settlement conference.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.